**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**IN RE:**

| | |
|---|---|
| **SALLY B. DALY DDS, LLC** | **CASE NO. 22-** |
| **d/b/a Fleur de Lis Mobile Dental Care** | |
| *Debtor* | **CHAPTER 7** |

**MAILING LIST**
**Verification**

Penalties for making a false statement or for concealing property are a fine up to $5,000.00 or imprisonment for up to five (5) years or both. (18 U.S.C. §§ 152 and 3571).

**DECLARATION**

We declare under penalty of perjury that the foregoing mail list, comprising  3  page(s), is true and correct.

    SALLY B. DALY DDS, LLC
    d/b/a Fleur de Lis Mobile Dental Care, *Debtor*

Signed:  s/ Sally B. Daly, DDS                              Date:  November 4, 2022
    **SALLY B. DALY, DDS**, *Managing Member*


Signed:  s/ Arthur A. Vingiello                              Date:  November 4, 2022
    **ARTHUR A. VINGIELLO (#13098)**
    *Of Counsel*
    THE STEFFES FIRM, LLC
    13702 Coursey Blvd., Building 3
    Baton Rouge, Louisiana  70817
    Telephone:  (225) 751-1751
    Facsimile:  (225) 341-1241
    E-mail:  avingiello@steffeslaw.com

    *Attorneys for Debtor*