**RESOLUTION OF SALLY B. DALY DDS, LLC**
**d/b/a Fleur de Lis Mobile Dental Care**

The undersigned, being the managing member of Sally B. Daly DDS, LLC d/b/a Fleur de Lis Mobile Dental Care ("Company"), do hereby resolve the following:

1.      IT IS HEREBY RESOLVED that THE STEFFES FIRM, LLC, Attorneys at Law, be and they are hereby appointed as attorneys at law to represent the Company in its best interests, and that of its creditors, with full power and authority in their absolute discretion to take whatever necessary legal action, steps, and procedures they deem necessary, including the filing of the petition and all necessary pleadings, documents, and financial information or schedules available and data necessary pursuant to placing this Company in a proceeding pursuant to Chapter 7 of Title 11, United States Code, and that said attorneys are to be compensated for their services and expenses on the basis of their usual fee and expense schedule, subject to the approval of the Bankruptcy Court in which said Chapter 7 proceeding will be filed.

2.      IT IS FURTHER RESOLVED that Sally B. Daly, DDS, as managing member of the Company, be and is hereby authorized and directed to execute any and all documents, petitions, and necessary pleadings for and on behalf of the Company, to execute and supply the necessary financial information and sign and execute the necessary schedules and all data required pursuant to Chapter 7 of Title 11, United States Code, and to appear before the United States Bankruptcy Court on behalf of the Company.


Date: November 4, 2022              s/ Sally B. Daly, DDS
                                    Sally B. Daly, DDS, *Managing Member*