**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**IN RE:**

**SALLY B. DALY DDS, LLC**  **CASE NO. 22-10584**
**d/b/a Fleur de Lis Mobile Dental Care**

*Debtor*  **CHAPTER 7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept <u>per the attached engagement letter</u>.

    Prior to the filing of this statement I have received <u>$4,662.00 non-refundable retainer, plus $338.00 filing fee</u>.

    Balance Due _____<u>per attached engagement letter</u>_____.

2. The source of the compensation paid to me was:

    _____ Debtor(s)    <u>Sally Bowie Daly DDS, LLC</u> Other (specify)

3. The source of compensation to be paid to me is:

    ___X___ Debtor(s)    _____ Other (specify)

4. _X_ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ____ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached *(as is set forth below)*.

5. In return for the above-disclosed fee, I have agreed to render legal service for and in the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor(s) in determining whether to file a petition in bankruptcy.

    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required.

    c. Representation of the debtor(s) at the meeting(s) of creditors and confirmation hearing(s), and any continued meetings or hearings, and, generally, in the bankruptcy case;

6. By agreement with the debtor(s), a copy of which is either set forth herein or attached hereto, the above-disclosed fee does not include the following services, for which, if I am to be retained, the debtors will be charged and will have to agree to pay fees and reimbursement of expenses as follows:

*see attached engagement letter*

## CERTIFICATE OF ATTORNEY

**I HEREBY CERTIFY** that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

DATE: November 4, 2022      s/ Arthur A. Vingiello
**ARTHUR A. VINGIELLO (#13098)**
*Of Counsel*
The Steffes Firm, LLC
13702 Coursey Blvd., Building 3
Baton Rouge, Louisiana  70817
Telephone:  (225) 751-1751
Facsimile:  (225) 341-1241
E-mail:  avingiello@steffeslaw.com

*Attorneys for Debtor*

## CERTIFICATION OF DEBTOR

**I HEREBY CERTIFY** that the above agreement with my attorney has been explained to me by my attorney and accurately reflects the services that my attorney has agreed to provide for the fees paid or promised as stated in this disclosure.  Further, I agree that the description of those services that will not be provided by my attorney for the fees paid or promised in the disclosure is accurate and that I understand that if any of these excluded services become necessary, my attorney is under no duty to represent me unless I make further arrangements, as set forth by my attorney above, for the attorney to act on my behalf.

DATE: November 4, 2022          SALLY B. DALY DDS, LLC
d/b/a Fleur de Lis Mobile Dental Care, *Debtor*

 s/ Sally B. Daly, DDS
**SALLY B. DALY, DDS,** *Managing Member*