# THE STEFFES FIRM, LLC

**ATTORNEYS-AT-LAW**

13702 COURSEY BLVD., BUILDING 3
BATON ROUGE, LOUISIANA 70817
TELEPHONE: (225) 751-1751
FACSIMILE: (225) 341-1241

ARTHUR A. VINGIELLO
*Of Counsel*
E-mail: avingiello@steffeslaw.com

November 4, 2022

Sally B. Daly DDS, LLC
d/b/a Fleur de Lis Mobile Dental Care
c/o Sally B. Daly, DDS
15318 Campanile Ct.
Baton Rouge, LA 70810

      Re: Sally B. Daly DDS, LLC d/b/a Fleur de Lis Mobile Dental Care
         Chapter 7 Debtor
         U.S. Bankruptcy Court; Middle District of LA
         Case No. 22-10584; Our File No. 21-048

Dear Dr. Daly:

  This letter will serve to confirm the engagement of this law firm as bankruptcy counsel to represent Sally B. Daly DDS, LLC d/b/a Fleur de Lis Mobile Dental Care ("debtor" or "the company" or "Fleur de Lis") in connection with its voluntary Chapter 7 bankruptcy case. You have arrived at the decision to file after consultation with attorneys in our firm, including the undersigned, and after having been given explanations as to the advantages and disadvantages of a Chapter 7 case vis-à-vis other possible methods of obtaining relief including, but not limited to, Chapters 11, 12 and 13 of the Bankruptcy Code and possible out of court workouts and settlements with Fleur de Lis' creditors.

  As previously discussed with you, a Chapter 7 case is designed for debtors who do not have the ability to pay existing debts. A United States Trustee is appointed to take possession of all of the debtor's non-exempt property. In contrast, a Chapter 11 case is designed primarily for the reorganization of a business, although it may be available to individual debtors. The provisions of a Chapter 11 case are complicated and require the assistance of an attorney in order to develop and implement a feasible plan of reorganization. Chapter 12 is designed to permit family farmers to repay their debts and is similar to a Chapter 13 case. Finally, a Chapter 13 case is designed for individuals who are temporarily unable to pay their debts. Under a Chapter 13 case, a plan of reorganization is filed which allows the debtor to pay creditors over a period of up to five (5) years.

  In some instances, the company simply does not qualify as a debtor under other provisions of the Bankruptcy Code; to the extent that it would qualify, you have elected not to seek relief

under the other provisions.  Finally, an out of court workout or individual settlements with your creditors is either not possible or practical under the circumstances or has been deemed not to be desirable by the court.

   I have explained to you the normal procedures involved in preparing and filing petitions, statements of affairs, schedules of assets and liabilities, and other pleadings and financial documentation which are either required during the pendency of the bankruptcy case or likely to be required by the Trustee in the course of his or her administration of your estate.  **All information that you provide must be complete, truthful and accurate.  All assets and liabilities must be truthfully, accurately and fully disclosed, and the replacement value of each asset must be accurately disclosed after you conduct a reasonable inquiry to establish such value**.  The names and complete addresses of all creditors or persons whom Fleur de Lis potentially owes money to must be disclosed and included in the schedule of liabilities.  Creditors that are not listed and therefore do not receive notice, will retain claims against Fleur de Lis <u>unless</u> you can prove that the unlisted creditors had actual knowledge of the bankruptcy in time to file proofs of claim.  The Bankruptcy Code defines a "creditor" as "an entity that has a claim against the debtor...the community...or the estate...that arose at the time of or before the order for relief concerning the debtor".  Thus, all persons or entities, which Fleur de Lis may owe money to at the time of filing for bankruptcy relief, must be included as creditors.  **Failure to accurately, truthfully and fully disclose the identity of all creditors may result in dismissal of Fleur de Lis' case and/or criminal sanctions.**

   Although we will assist and counsel you during the preparation of the statement of financial affairs, schedules of assets and liabilities, and other documents, we do <u>not</u> assume any liability or responsibility for the accuracy of such documents.  Simply, the documents must be verified by you and therefore you must be sure that each and every question on the statement of financial affairs is fully, truthfully and accurately answered and that each and every asset and liability of Fleur de Lis is fully, truthfully and accurately disclosed on the schedules of assets and liabilities.

   We have explained to you the nature of bankruptcy, the requirements that Fleur de Lis, as a debtor, will have in connection with the bankruptcy and the types of problems which may come up in the course of handling its case in particular as well as bankruptcy cases in general.  These problems, including possible criminal sanctions under Title 18 of the United States Code for bankruptcy crimes, and arguments over voidable or void transfers, can all make bankruptcy cases far more expensive and time consuming than might be expected in the ordinary case.  We have tried to make you aware of any problem areas that we see in Fleur de Lis' case.

   To retain our firm, we request that you provide us with a $4,662.00 non-refundable retainer plus the Chapter 7 filing fee of $338.00.  This flat-fee retainer amount is based upon our estimate of the work required to prepare Fleur de Lis' case for filing, including meeting with you, preparing all required documents, communicating with creditors and with the Trustee that will be appointed in its case, and attending with you the meeting conducted by the appointed Trustee pursuant to 11 U.S.C. § 341(a).  Our representation of Fleur de Lis under this agreement extends only to work involved in the <u>case</u> itself and does not include work for services or expenses which might be incurred in the event that the U.S. Trustee seeks a dismissal under <u>11 U.S.C. 707(b)</u>, or the Trustee, any creditor, or other party in interest files an <u>adversary proceeding</u> against Fleur de Lis after the

bankruptcy case is filed. Adversary proceedings generally involve dischargeability complaints, complaints to avoid transfers, and other related matters. By enrolling as Fleur de Lis' counsel in the bankruptcy case, we are <u>not</u> agreeing to serve as counsel of record in any adversary proceeding or dismissal under 11 U.S.C. § 707(b) that might be filed against it after the bankruptcy case is commenced. If an adversary proceeding or dismissal under 11 U.S.C. § 707(b) is filed, it will be necessary for Fleur de Lis to engage our firm in writing to act as its counsel in those matters and to work out a fee arrangement in connection therewith before we will answer or respond to any such adversary proceeding or dismissal commenced against it or otherwise make an appearance on Fleur de Lis' behalf in connection with such case. If our firm is retained by Fleur de Lis to represent it in any adversary proceedings or any other matter outside the scope of this engagement, we will perform services in connection with our representation at the hourly rates shown on the rate table attached to this letter. We bill for services in minimum increments of six (6) minutes; it is our firm's practice to keep detailed contemporaneous records of time spent in the course of representation. You will also be billed for all direct, allocable expenses incurred in the course of our representation, including, but not limited to, actual long distance telephone charges, copy charges at $.15 per copy, court costs, deposition costs, express mail charges, courier costs, and other similar expenses. You will <u>not</u> be billed for overhead items such as secretarial time, word processing time, and things of that nature. The hourly rates quoted below are those currently in effect. We reserve the right to refuse to accept such an engagement and, obviously, you have the right to hire other attorneys or, if you choose, to appear on your own behalf in the adversary proceedings.

Additionally, the U.S. Trustee is mandated by law to conduct random audits in a small number of bankruptcy cases. Our fee does not include any work required to represent you in conjunction with a random audit of Fleur de Lis' case.

We reserve the right to seek Court permission to withdraw as counsel of record for Fleur de Lis in the case, as well as in any related adversary proceeding, should it appear that ethical considerations require us to do so. Likewise, you have the right, subject to Court approval, to discharge us as your attorneys both in the bankruptcy case as well as any related adversary proceeding, should you become dissatisfied with our services or should you feel that we are not adequately and competently representing Fleur de Lis.

We apologize for the rather blunt tone of this engagement letter, but we hope that the letter will serve a useful purpose if it avoids any misunderstandings between us now or in the future. In the past, questions have sometimes arisen as to the scope of our engagement on behalf of clients in bankruptcy proceedings as well as to the cost of that engagement.

**<u>E-MAIL AND DOCUMENT RETENTION ISSUES</u>:**

Like many businesses these days, we use e-mail extensively to communicate with our clients and others. In general, we will forward you copies of any e-mails we send or receive that relate to the matters within the scope of our representation of Fleur de Lis; these e-mails should be retained in your files since, although our firm's policy is to retain e-mails for at least three (3) years as mentioned below, we cannot guarantee that all e-mails will in fact be available and accessible if needed later.

November 4, 2022
Page 4 of 5

We will communicate with you on behalf of Fleur de Lis at the e-mail address provided to our firm: [sdalybr@gmail.com](mailto:sdalybr@gmail.com). Please be reminded that you should only furnish us with an e-mail address that only you can access in order to maintain the attorney-client privilege and confidentiality of our communications with you.

At the conclusion of this matter, we will retain your paper legal files for a period of three (3) years after we close our files. At the expiration of the 3-year period, we will destroy the paper copies of those files unless you notify us in writing that you wish to take possession of them. We reserve the right to charge administrative fees and costs associated with researching, retrieving, copying and delivering such files.

We sincerely appreciate and value the confidence you have demonstrated in our firm by retaining us as attorneys to handle Fleur de Lis' bankruptcy case. We will do our best to represent it in a professional, competent, and zealous manner within the bounds of the law at all stages in the case.

    Regards,

    s/ Arthur A. Vingiello

    Arthur A. Vingiello

AAV/ceb

## ACKNOWLEDGMENT

I, Sally B. Daly, DDS, Managing Member of Sally B. Daly DDS, LLC d/b/a Fleur de Lis Mobile Dental Care, confirm that I have read the above and foregoing, and, do hereby agree to the retention of Arthur A. Vingiello and the law firm of THE STEFFES FIRM, LLC, under the terms and conditions set forth above.

**Sally B. Daly DDS, LLC
d/b/a Fleur de Lis Mobile Dental Care**, *Debtor*

DATE: November 4, 2022        s/ Sally B. Daly, DDS
**Sally B. Daly, DDS**, *Managing Member*

## THE STEFFES FIRM, LLC
### STAFF RATE TABLE

| | |
|---|---|
| WILLIAM E. STEFFES | $375.00 per hour |
| NOEL STEFFES MELANCON | $300.00 per hour |
| BARBARA B. PARSONS | $300.00 per hour |
| PARALEGALS | $90.00 per hour |
| LAW CLERKS | $90.00 per hour |

The following attorneys have an "Of Counsel" relationship with THE STEFFES FIRM, LLC, although they are not members or employees, and may be asked to provide services in connection with this case. If so, their time and fees will appear on the monthly statements rendered to you.

| | |
|---|---|
| ARTHUR A. VINGIELLO | $350.00 per hour |
| GARY K. McKENZIE | $350.00 per hour |
| BARRY W. MILLER | $350.00 per hour |