# Notice Recipients

| | | |
|---|---|---|
| District/Off: 053N–3 | User: ao1492bnc | Date Created: 11/05/2022 |
| Case: 22–10584 | Form ID: 309D | Total: 22 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Sally B. Daly DDS, LLC | 15318 Campanile Ct.  Baton Rouge, LA 70810 |
| tr | Dwayne M. Murray | 4970 Bluebonnet Blvd  Suite B  Baton Rouge, LA 70809 |
| aty | Arthur A. Vingiello | The Steffes Firm, LLC  13702 Coursey Blvd.  Blg. 3  Baton Rouge, LA 70817 |
| 2065610 | Bradley C. Myers | Linda G. Rodrigue  Kean Miller, LLP  400 Convention St., Ste. 700  Baton Rouge, LA 70802 |
| 2065612 | CSM / Marquis Mobile Dental | 237 West Northfield Blvd., Ste. 203  Murfreesboro, TN 37129 |
| 2065611 | Chase Bank | Card Member Service  P.O. Box 6294  Carol Stream, IL 60197 |
| 2065606 | District Counsel – IRS | PO Box 30509  New Orleans, LA 70190 |
| 2065613 | Erika A. Kelton | James Wiseman  Phillips & Cohen, LLP  2000 Massachusetts Ave., NW  Washington, DC 20036 |
| 2065614 | Excel Health | 237 West Northfield Blvd., Ste. 203  Murfreesboro, TN 37129 |
| 2065615 | Gary Blackburn | Bryant Knoll  The Blackburn Firm, PLLC  213 Fifth Ave. North, Ste. 300  Nashville, TN 37219 |
| 2065607 | Internal Revenue Service | Centralized Insolvency Operations  PO Box 7346  Philadelphia, PA 19101–7346 |
| 2065616 | Jennifer Weaver | Waller, Lansden, Dortch & Davis  Nashville City Center  511 Union St., Ste. 2100  Nashville, TN 37219 |
| 2065617 | Kara F. Sweet, Asst. U.S. Attorney | U.S. Attorney's Office  Middle District of Tennessee  110 9th Ave. South, Ste. A–961  Nashville, TN 37203–3870 |
| 2065608 | Louisiana Department of Revenue | PO Box 66658  Baton Rouge, LA 70896 |
| 2065618 | Michael Hamilton | Provost–Umphrey Law Firm, LLP  4205 Hillsboro Pike, Ste. 303  Nashville, TN 37215 |
| 2065619 | Nicholas J. Diez | Matthew P. Stafford  Asst. Attorneys General  Louisiana Dept. of Justice  P.O. Box 94005  Baton Rouge, LA 70804 |
| 2065609 | Office of the U.S. Attorney | 777 Florida Street, Ste. 208  Baton Rouge, LA 70801 |
| 2065620 | Patterson | 1031 Medota Heights Rd.  Saint Paul, MN 55120 |
| 2065621 | Phillip Bangle | Scott Corley  Tessa Ortiz–Marsh  Asst. Attorneys Gene  Office of the Tennessee Attorney General  P.O. Box 20207 |
| 2065622 | Sally B. Daly, DDS | 11822 Justice Ave., Ste. B3  Baton Rouge, LA 70816 |
| 2065623 | Theodore 'Glenn' Edwards IV | Davidson Meaux  810 S Buchanan St.  Lafayette, LA 70501 |
| 2065624 | U.S. Small Business Administration | ATTN: Louisiana District Office  500 Poydras St., Ste. 828  New Orleans, LA 70130–3374 |

TOTAL: 22