| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Sally B. Daly DDS, LLC** <br> Name | EIN | **46–5263818** |
| United States Bankruptcy Court **Middle District of Louisiana** <br> Case number: **22–10584** | | Date case filed for chapter **7   11/4/22** | |

Official Form 309D (For Corporations or Partnerships)

**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**   10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

Do not file this notice with any proof of claim or other filing in the case.

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Sally B. Daly DDS, LLC | |
| 2. | **All other names used in the last 8 years** | dba Fleur de Lis Mobile Dental Care | |
| 3. | **Address** | 15318 Campanile Ct. <br> Baton Rouge, LA 70810 | |
| 4. | **Debtor's attorney** <br> Name and address | Arthur A. Vingiello <br> The Steffes Firm, LLC <br> 13702 Coursey Blvd. <br> Blg. 3 <br> Baton Rouge, LA 70817 | Contact phone 225–751–1751 <br><br> Email: avingiello@steffeslaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Dwayne M. Murray <br> 4970 Bluebonnet Blvd <br> Suite B <br> Baton Rouge, LA 70809 | Contact phone 225–925–1110 <br><br> Email: dmm@murraylaw.net |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Middle District of Louisiana <br> 707 Florida Street <br> Room 119 <br> Baton Rouge, LA 70801 | Hours open: <br> 8:30am to 4:00pm <br><br> Contact phone 225–346–3333 <br><br> Date: 11/5/22 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 6, 2022 at 09:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | BY TELEPHONE <br><br> Trustee: Dwayne M. Murray <br> Call in number: 877–972–1642 <br> Passcode: 2725462 |

**For more information, see page 2 >**

Debtor **Sally B. Daly DDS, LLC**     Case number **22–10584**

| | | |
|---|---|---|
| 8. | **Deadlines** <br> The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim (except governmental units):**    Filing deadline: 1/13/23 |
| | | **Deadline for governmental units to file a proof of claim:**    Filing deadline: 5/3/23 |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. |

United States Bankruptcy Court

Middle District of Louisiana

| | |
|---|---|
| In re: | Case No. 22-10584-MAC |
| Sally B. Daly DDS, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 053N-3 | User: ao1492bnc | Page 1 of 2 |
| Date Rcvd: Nov 07, 2022 | Form ID: 309D | Total Noticed: 21 |

The following symbols are used throughout this certificate:

**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sally B. Daly DDS, LLC, 15318 Campanile Ct., Baton Rouge, LA 70810-8379 |
| 2065610 | + | Bradley C. Myers, Linda G. Rodrigue, Kean Miller, LLP, 400 Convention St., Ste. 700, Baton Rouge, LA 70802-5628 |
| 2065612 | #+ | CSM / Marquis Mobile Dental, 237 West Northfield Blvd., Ste. 203, Murfreesboro, TN 37129-0531 |
| 2065613 | + | Erika A. Kelton, James Wiseman, Phillips & Cohen, LLP, 2000 Massachusetts Ave., NW, Washington, DC 20036-1015 |
| 2065614 | #+ | Excel Health, 237 West Northfield Blvd., Ste. 203, Murfreesboro, TN 37129-0531 |
| 2065615 | + | Gary Blackburn, Bryant Knoll, The Blackburn Firm, PLLC, 213 Fifth Ave. North, Ste. 300, Nashville, TN 37219-1908 |
| 2065616 | + | Jennifer Weaver, Waller, Lansden, Dortch & Davis, Nashville City Center, 511 Union St., Ste. 2100, Nashville, TN 37219-1760 |
| 2065617 | # | Kara F. Sweet, Asst. U.S. Attorney, U.S. Attorney's Office, Middle District of Tennessee, 110 9th Ave. South, Ste. A-961, Nashville, TN 37203-3870 |
| 2065618 | + | Michael Hamilton, Provost-Umphrey Law Firm, LLP, 4205 Hillsboro Pike, Ste. 303, Nashville, TN 37215-3339 |
| 2065619 | + | Nicholas J. Diez, Matthew P. Stafford, Asst. Attorneys General, Louisiana Dept. of Justice, P.O. Box 94005 Baton Rouge, LA 70804-9005 |
| 2065620 | + | Patterson, 1031 Medota Heights Rd., Saint Paul, MN 55120-1401 |
| 2065622 | + | Sally B. Daly, DDS, 11822 Justice Ave., Ste. B3, Baton Rouge, LA 70816-2306 |
| 2065623 | + | Theodore 'Glenn' Edwards IV, Davidson Meaux, 810 S Buchanan St., Lafayette, LA 70501-6882 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: avingiello@steffeslaw.com | Nov 07 2022 19:39:00 | Arthur A. Vingiello, The Steffes Firm, LLC, 13702 Coursey Blvd., Blg. 3, Baton Rouge, LA 70817 |
| tr | + | EDI: BDMMURRAY.COM | Nov 08 2022 00:43:00 | Dwayne M. Murray, 4970 Bluebonnet Blvd, Suite B, Baton Rouge, LA 70809-3089 |
| 2065606 | + | Email/Text: julie.n.taylor@irscounsel.treas.gov | Nov 07 2022 19:39:00 | District Counsel - IRS, PO Box 30509, New Orleans, LA 70190-0509 |
| 2065607 | | EDI: IRS.COM | Nov 08 2022 00:43:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 2065611 | | EDI: JPMORGANCHASE | Nov 08 2022 00:43:00 | Chase Bank, Card Member Service, P.O. Box 6294, Carol Stream, IL 60197 |
| 2065608 | + | EDI: LADOR | Nov 08 2022 00:43:00 | Louisiana Department of Revenue, PO Box 66658, Baton Rouge, LA 70896-6658 |
| 2065609 | + | Email/Text: USALAM.Bankruptcy@usdoj.gov | Nov 07 2022 19:39:00 | Office of the U.S. Attorney, 777 Florida Street, Ste. 208, Baton Rouge, LA 70801-1717 |
| 2065624 | | Email/Text: tabitha.mangano@sba.gov | Nov 07 2022 19:39:00 | U.S. Small Business Administration, ATTN: Louisiana District Office, 500 Poydras St., Ste. 828, New Orleans, LA 70130-3374 |

TOTAL: 8

| District/off: 053N-3 | User: ao1492bnc | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 07, 2022 | Form ID: 309D | Total Noticed: 21 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 2065621 | | Phillip Bangle, Scott Corley, Tessa Ortiz-Marsh, Asst. Attorneys Gene, Office of the Tennessee Attorney General, P.O. Box 20207 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2022          Signature:     /s/Gustava Winters