# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF LOUISIANA

**IN RE:**

| | |
|---|---|
| **SALLY B. DALY DDS, LLC** | **CASE NO. 22-10584** |
| **d/b/a Fleur de Lis Mobile Dental Care** | |
| *Debtor* | **CHAPTER 7** |

### *EX PARTE* MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

**NOW INTO COURT**, through undersigned counsel, comes Sally B. Daly DDS, LLC d/b/a Fleur de Lis Mobile Dental Care ("Debtor"), as debtor herein, which respectfully requests an extension of eleven (11) days of the deadline within which it must file its Schedules, Statement of Financial Affairs, and other pleadings required by Federal Rule of Bankruptcy Procedure 1007(b) and (c), and in support thereof represents as follows:

1.

On November 4, 2022, the Debtor filed for relief under Chapter 7 of title 11 of the Bankruptcy Code.

2.

The deadline for the Debtor to file its Schedules, Statement of Financial Affairs and other documents required pursuant to Federal Rule of Bankruptcy Procedure 1007 is November 18, 2022.

3.

The Debtor is gathering information needed in order to complete the Schedules and related documents, but has not yet completed that process as its records are voluminous. The Debtor, therefore, needs an extension of the time within which to file the Schedules, Statement of Financial Affairs and other document required by Federal Rule of Bankruptcy Procedure 1007, for an additional eleven (11) days, i.e. until November 29, 2022.

4.

The Debtor shows that the Meeting of Creditors under Section 341 is currently scheduled for December 6, 2022, which should give the Chapter 7 Trustee and other interested parties sufficient time to review the filings if the Debtor is granted the time requested.

**WHEREFORE**, the Debtor prays that it be granted an additional eleven (11) days, or until November 29, 2022, within which to file the Schedules, Statement of Financial Affairs, and other documents required by Federal Rule of Bankruptcy Procedure 1007; and, for any and all other relief this Court deems necessary and proper.

Respectfully Submitted;

By: s/ Arthur A. Vingiello
**ARTHUR A. VINGIELLO (#13098)**
*Of Counsel*
THE STEFFES FIRM, LLC
13702 Coursey Blvd., Building 3
Baton Rouge, Louisiana  70817
Telephone:  (225) 751-1751
Facsimile:  (225) 341-1241
E-mail:  avingiello@steffeslaw.com

*Attorneys for Debtor*