**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**IN RE:**

| | |
|---|---|
| **SALLY B. DALY DDS, LLC**<br>**d/b/a Fleur de Lis Mobile Dental Care** | **CASE NO. 22-10584** |
| *Debtor* | **CHAPTER 7** |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the *Ex Parte Motion for Extension of Time Within Which to File Schedules and Statement of Financial Affairs* [Doc. 6] has been served upon the Chapter 7 Trustee, the U.S. Trustee, and any party requesting notice, via this Court's CM/ECF electronic notification system as shown below:

> **Dwayne M. Murray**
> dmm@murraylaw.net; LA18@ecfcbis.com; dmm@murraylaw.net; trustee1@murraylaw.net; trustee2@murraylaw.net; trustee3@murraylaw.net
>
> **U.S. Trustee**
> ustp.region05@usdoj.gov

Baton Rouge, Louisiana, November 18, 2022.

                                                s/ Chad E. Biggs
                                                **CHAD E. BIGGS**

Respectfully submitted by;

ARTHUR A. VINGIELLO, *Of Counsel* (LA No. 13098)
THE STEFFES FIRM, LLC
13702 Coursey Blvd., Building 3
Baton Rouge, Louisiana  70817
Telephone:  (225) 751-1751
Facsimile:  (225) 341-1241
E-mail:  avingiello@steffeslaw.com

*Attorneys for Debtor*