**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE:

| | |
|---|---|
| **SALLY B. DALY DDS, LLC** | **CASE NO. 22-10584** |
| **D/B/A FLEUR DE LIS MOBILE DENTAL CARE** | **CHAPTER 7** |
| DEBTOR | |

**ORDER**

Considering the *Ex Parte Motion for Extension of Time Within Which to File Schedules and Statement of Financial Affairs* [Doc. 6] filed by Sally B. Daly DDS, LLC d/b/a Fleur de Lis Mobile Dental Care ("Debtor"), the record of the case and applicable law,

**IT IS ORDERED** that the deadline within which the Debtor must file its Schedules, Statement of Financial Affairs and related pleadings is extended for an additional eleven (11) days; from November 18, 2022 until November 29, 2022.

Baton Rouge, Louisiana, November 18, 2022.

<u>s/ Michael A. Crawford</u>
MICHAEL A. CRAWFORD
UNITED STATES BANKRUPTCY JUDGE