# Notice Recipients

District/Off: 053N–3        User: ao1492bnc        Date Created: 11/20/2022
Case: 22–10584              Form ID: pdf801        Total: 4

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee    ustp.region05@usdoj.gov
tr    Dwayne M. Murray    dmm@murraylaw.net
aty    Arthur A. Vingiello    avingiello@steffeslaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Sally B. Daly DDS, LLC    15318 Campanile Ct.    Baton Rouge, LA 70810

TOTAL: 1