UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:

| | |
|---|---|
| SALLY B. DALY DDS, LLC | CASE NO. 22-10584 |
| D/B/A FLEUR DE LIS MOBILE DENTAL CARE | CHAPTER 7 |
|    DEBTOR | |

### ORDER

Considering the *Ex Parte Motion for Extension of Time Within Which to File Schedules and Statement of Financial Affairs* [Doc. 6] filed by Sally B. Daly DDS, LLC d/b/a Fleur de Lis Mobile Dental Care ("Debtor"), the record of the case and applicable law,

**IT IS ORDERED** that the deadline within which the Debtor must file its Schedules, Statement of Financial Affairs and related pleadings is extended for an additional eleven (11) days; from November 18, 2022 until November 29, 2022.

Baton Rouge, Louisiana, November 18, 2022.

**s/ Michael A. Crawford**
MICHAEL A. CRAWFORD
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Middle District of Louisiana

In re:  
Sally B. Daly DDS, LLC  
    Debtor

Case No. 22-10584-MAC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 053N-3     User: ao1492bnc     Page 1 of 1  
Date Rcvd: Nov 21, 2022     Form ID: pdf801     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sally B. Daly DDS, LLC, 15318 Campanile Ct., Baton Rouge, LA 70810-8379 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arthur A. Vingiello | on behalf of Debtor Sally B. Daly DDS  LLC avingiello@steffeslaw.com, artving@aol.com;cbiggs@steffeslaw.com |
| Dwayne M. Murray | dmm@murraylaw.net LA18@ecfcbis.com;dmm@murraylaw.net;trustee1@murraylaw.net;trustee2@murraylaw.net;trustee3@murraylaw.net |
| U.S. Trustee | ustp.region05@usdoj.gov |

TOTAL: 3