PROCEEDING MEMO AND MINTES OF
THE CHAPTER 7 341-A MEETING
12/06/2022

IN RE:   SALLY B. DALY DDS, LLC    CASE NO. 22-10584
15318 CAMPANILE CT.
BATON ROUGE, LA 70810    CHAPTER 7
DEBTOR(S)

## APPEARANCES

(✓) DEBTOR (1)                                ( ) DEBTOR (2) (Wife in Joint Cases)

( ) Required picture I.D. produced            ( ) Required picture I.D. produced

( ) Required SSN verification produced        ( ) Required SSN verification produced

( ) Pay Advices received                      ( ) Pay Advices received

Abuse / No Abuse designation is  ( ) Accurate    ( ) Inaccurate because _____

Credit counseling certificate     ( ) Filed    ( ) Not Filed
Tax Returns received for          ( ) 2020     ( ) 2021 on _____
Financial Documents were          ( ) retained by trustee   ( ) returned to debtor(s)
(✓) DEBTOR'S REPRESENTATIVE: _Sally B. Daly, DDS_
(✓) ATTORNEY FOR DEBTOR(S): ARTHUR A. VINGIELLO
DEBTOR(S) APPEARED PRO SE
    YES ( )  NO ( )  If Pro Se, did anyone assist with preparation?
    YES ( )  NO ( )  If yes, debtor has completed pro se form?
(✓) THE MEETING OF CREDITORS WAS:
    (✓) HELD
    ( ) NOT HELD
    ( ) NOT CONCLUDED AND IS CONTINUED TO THE _____ day of _____, 2022
        AT _____ O'CLOCK __M.
YES ( )  NO ( )  ( ) Attorney for Debtor filed statement of compensation pursuant to 11 U.S.C. 329?
YES ( )  NO ( )  ( ) Has attorney filed the Attorney Declaration in accordance with Local Rule?
CREDITOR(S)  _IRS Agent Valerie_

## DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within _____ days of 341(a) Meeting.

( ) OTHER: _____
In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:

ADDITIONAL
( ) Filed State and Federal Income taxes for 2021 by: _____; Copies to Trustee; Originals to Government and turnover all refunds to trustee.
( ) Provide Bank Statement by _____ for _____.

DATED:   12/06/2022                              TRUSTEE: _[signature]_
Track # _1_   TIME CONCLUDED: _9:37_ A.M.        /s/ Dwayne Murray, Trustee